JAMES ARMSTRONG, Respondent, *v.* BORDEN'S CONDENSED MILK COMPANY et al., Respondents, and OTTO E. REIMER COMPANY, Appellant.

*Armstrong* v. *Borden's Condensed Milk Co.,* 65 App. Div. 503, reversed.

(Argued February 23, 1903; decided March 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 20, 1901, affirming a judgment of Special Term in an action to foreclose certain mechanics' liens.

*John T. Sackett* for appellant.

*Henry De Forest Baldwin* and *Herbert C. Lakin* for respondents.

O'BRIEN, J. This case involves the same question as the case of *Kane Company* v. *Kinney,* which we have just decided. (174 N. Y. 69.) The two cases were argued

together and are governed by the same legal principles. On the authority of that case the judgment of the Appellate Division must be reversed and a new trial granted, with costs to the appellant to abide the event.

PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ., concur.

Judgment reversed, etc.